Diane L. Polscer, WSB No. 14627
dpolscer@gordon-polscer.com
**GORDON & POLSCER, L.L.C.**
Suite 650
9755 S.W. Barnes Road
Portland, OR 97225
Telephone:  (503) 242-2922
Facsimile:  (503) 242-1264

Attorneys for Plaintiff Nationwide Agribusiness Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SURETY CORPORATION, an Illinois company, CRF FROZEN FOODS, LLC, a Delaware company,<br><br>Defendants. | **Case No. 4:18-cv-05033-SAB**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>(Fed. R. Civ. P. 41) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and LR 41.1, neither defendant has served an answer, counterclaim, or motion for summary judgment, and plaintiff

**NOTICE OF VOLUNTARY DISMISSAL**             **Page 1**

Nationwide Agribusiness Insurance Company hereby dismisses all claims in the instant lawsuit without prejudice and without fees or costs to any party.

DATED this 3rd day of April, 2018.

*s/ Diane L. Polscer*
Diane L. Polscer, WSB No. 14627
Telephone Number: (503) 242-2922
dpolscer@gordon-polscer.com

Attorneys for Plaintiff Nationwide Agribusiness Insurance Company

**NOTICE OF VOLUNTARY DISMISSAL**        **Page 2**